PRECILIANO MARTINEZ
ATTORNEY AT LAW
State Bar No. 93253
801 15th St, Suite F
Modesto, CA 95354
(209)579-2206/ (209)579-2211 Fax

Attorney for Defendant
ELIAS ALVAREZ RAMIREZ

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 2:09-cr-00244-MCE |
| Plaintiff, ) | |
| vs. ) | |
| ) | STIPULATION AND ORDER TO |
| ELIAS ALVAREZ RAMIREZ ) | CONTINUE SENTENCING DATE |
| Defendant. ) | |

IT IS HEREBY STIPULATED by and between Assistant United States Todd Leras, Counsel for Plaintiff and Attorney Preciliano Martinez, Counsel for Defendant Elias Alvarez Ramirez, that the sentencing date scheduled for December 1, 2011, at 9:00 a.m. be vacated and the sentencing date be continued to this court's calendar on February 16, 2012 at 9:00 a.m. Mr. Martinez will be in court in Santa Clara county for a confirmed 3-4 week murder trial.

The court is advised that counsel have conferred about this request that they have agreed to the court date of February 16, 2012 and that Mr. Leras has authorized Preciliano Martinez to sign this stipulation on their behalf.

The parties agree and stipulate that time should be excluded under the Speedy Trial Act pursuant to Local Code T4 for sentencing, up to and including February 16, 2011.

Respectfully Submitted,

Dated:  November 22, 2011        /s/ Preciliano Martinez
                                 Preciliano Martinez
                                 Attorney for Defendant
                                 ELIAS ALVAREZ RAMIREZ

Dated:  November 22, 2011        /s/ Todd Leras
                                 Assistant U.S. Attorney

## **ORDER**

Having read and considered the foregoing stipulation, IT IS THE ORDER of the Court that the current December 1, 2011 sentencing date is hereby vacated and reset to February 16, 2012.

Dated:  November 30, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE