PRECILIANO MARTINEZ
ATTORNEY AT LAW
State Bar No. 93253
801 15th St, Suite F
Modesto, CA 95354
(209)579-2206/ (209)579-2211 Fax

Attorney for Defendant
ELIAS ALVAREZ RAMIREZ

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 2:09-cr-00244-MCE |
| Plaintiff, ) | |
| vs. ) | |
| ) | STIPULATION TO CONTINUE |
| ELIAS ALVAREZ RAMIREZ et al, ) | SENTENCING DATE |
| Defendants. ) | |
| ) | |
| ) | |
| ) | |

IT IS HEREBY STIPULATED by and between Assistant United States Todd Leras, Counsel for Plaintiff, Attorney Preciliano Martinez, Counsel Martinez for Defendant Elias Alvarez Ramirez, and Attorney Matthew Bockman, Counsel for Jose Ramirez, that the sentencing date scheduled for May 10, 2012, at 9:00 a.m. be vacated and the sentencing date be continued to this court's calendar on June 28, 2012 at 9:00 a.m. Mr. Leras is unavailable and counsel needs more time for completion of investigation.

///

///

///

///

1

The court is advised that counsel have conferred about this request that they have agreed to the court date of June 28, 2012 and that Mr. Leras and Mr. Bockman have authorized Preciliano Martinez to sign this stipulation on their behalf.

.

                                              Respectfully Submitted,

Dated: May 8, 2012                            /s/ Todd Leras
                                              Assistant U.S. Attorney


Dated: May 8, 2012                            /s/ Preciliano Martinez
                                              Preciliano Martinez
                                              Attorney for Defendant
                                              ELIAS ALVAREZ RAMIREZ


Dated: May 8, 2012                            /s/ Matthew Bockman
                                              Matthew Bockman
                                              Attorney for Defendant
                                              JOSE RAMIREZ

**ORDER**

Having read and considered the foregoing stipulation, IT IS THE ORDER of the Court that the current May 10, 2012 sentencing date is hereby vacated and reset to June 28, 2012.

Dated:  May 11, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE