PRECILIANO MARTINEZ
ATTORNEY AT LAW
State Bar No. 93253
801 15th St, Suite F
Modesto, CA 95354
(209)579-2206/ (209)579-2211 Fax

Attorney for Defendant
ELIAS ALVAREZ RAMIREZ

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　vs.<br>ELIAS ALVAREZ RAMIREZ<br>　　　　Defendant. | CASE NO. 2:09-cr-00244-MCE<br><br>STIPULATION TO CONTINUE<br>SENTENCING DATE; ORDER THEREON |

　　　IT IS HEREBY STIPULATED by and between Assistant United States Todd Leras, Counsel for Plaintiff and Attorney Preciliano Martinez, Counsel for Defendant Elias Alvarez Ramirez, that the sentencing date scheduled for November 8, 2012, at 9:00 a.m. be vacated and the sentencing date be continued to this court's calendar on December 13, 2012 at 9:00 a.m. Further continuance is necessary to await decision on pending discovery motion.

　　　The court is advised that counsel have conferred about this request that they have agreed to the court date of December 13, 2012 and that Mr. Leras has authorized Preciliano Martinez to sign this stipulation on their behalf.

The parties agree and stipulate that time should be excluded under the Speedy Trial Act pursuant to Local Code T4 for sentencing, up to and including December 13, 2012.

Respectfully Submitted,

Dated: October 19, 2012	/s/ Preciliano Martinez
Preciliano Martinez
Attorney for Defendant
ELIAS ALVAREZ RAMIREZ

Dated: October 19, 2012	/s/ Todd Leras
Assistant U.S. Attorney
Attorney for Plaintiff

## **ORDER**

Having read and considered the foregoing stipulation, IT IS THE ORDER of the Court that the current November 8, 2012 sentencing date is hereby vacated and reset to December 13, 2012.

Dated: October 23, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2